# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**FLETCHER AUTOMOTIVE NO. 6, LLC**
**d/b/a Fletcher Dodge Chrysler Jeep and**
**Fletcher Dodge of Jonesboro**                                    **PLAINTIFF**

**v.**                          **No. 3:26-cv-60-DPM**

**WYNN'S EXTENDED CARE, INC**                          **DEFENDANT**

## ORDER

Damages stipulation, *Doc. 6*, noted.   Fletcher Automotive's potential recovery won't exceed the statutory threshold.   28 U.S.C. § 1332(a).   Defendant Wynn's Extended Care's motion to remand, *Doc. 7*, granted.   The Court remands this case to the Circuit Court of Craighead County, Arkansas.   28 U.S.C. § 1447(c).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 March 2026